# Court of Appeals
## Tenth Appellate District of Texas

10-25-00431-CR

Ethan Alexander Herrera,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
272nd District Court of Brazos County, Texas
Judge John L. Brick, presiding
Trial Court Cause No. 17-04677-CRF-272

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Ethan Alexander Herrera appealed the trial court's judgment of conviction for aggravated robbery signed on October 1, 2025. On April 13, 2026, Herrera filed a voluntary motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). The motion was signed by Herrera and his attorney. *See* TEX. R. APP. P. 42.2(a).

Accordingly, Herrera's motion to voluntarily dismiss the appeal is granted, and this appeal is dismissed. *Id.*

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  April 16, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal dismissed
Motion granted
Do not publish
CR25

